IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENT T. THOMAS | : | CIVIL ACTION |
| v. | : | |
| RANDALL E. BRITTON, et al. | : | NO. 09-1701 |

### ORDER

JOHN P. FULLAM, S.J.,

AND NOW, this 10th day of June, 2009, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is TRANSFERRED TO THE WESTERN DISTRICT OF PENNSYLVANIA.[2]

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_/s/ John P. Fullam_
JOHN P. FULLAM, S.J.

---

[2]The Clerk of Court for the Western District should be aware in docketing this matter that Mr. Thomas has a habeas petition pending at docket number 08-cv-88-KRG-LPL.